| | | |
|---|---|---|
| STATE OF INDIANA | ) )SS: | ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| ST. JOSEPH COUNTY | ) | CAUSE NO. 71C01-1401-CT-00015 |

RICHARD PICKENS  
MARY PICKENS  
C/O SWEENEY JULIAN  
1620 South Bend Avenue  
South Bend, IN 46617  

    Plaintiff,  

v.  

WAL-MART STORE # 2680  
Attn: Manager  
3701 Portage Road  
South Bend, IN 46628  

WAL-MART SUPERCENTER  
c/o CT Corporation System  
150 W. Market St., Ste. 800  
Indianapolis, IN 46204  

    Defendants.

## COMPLAINT AND JURY DEMAND

Plaintiffs, Richard Pickens and Mary Pickens, by counsel, and for their Complaint against the defendants, state as follows:

1. At all times relevant hereto, the plaintiffs were husband and wife and residents of St. Joseph County, Indiana.

2. The defendant, Wal-Mart Supercenter, owned and operated a store in St. Joseph County located at 3701 Portage Road, South Bend, Indiana.


EXHIBIT "A"

4. Wal-Mart is registered to do business in the state of Indiana and its registered agent, for purposes of service of process is CT Corporation System, 150 W. Market Street, Ste. 800, Indianapolis, Indiana 46204.

5. On May 22, 2012, Richard and Mary Pickens were invitees of the Wal-Mart store located at 3701 Portage Road, South Bend, Indiana.

6. At said time and place, there were two skids of pools in the aisle. One was full and the second one was half full.

7. As Richard Pickens walked down the aisle, one of the skids was sticking out and he tripped on it causing his to fall to the ground.

8. Defendant Wal-Mart owed plaintiff and other invitees a duty to maintain the premises in a reasonably safe condition so that invitees could safely walk down the aisles.

9. The defendant negligently and/or recklessly failed to take any action to remove the skids and/or warn invitees about the skid that was sticking out into the walkway.

10. The plaintiff's fall occurred as a direct and proximate result of the carelessness of the defendants.

11. As a direct and proximate result of the negligence of defendants, Richard Pickens has sustained and in the future will continue to sustain, damages which include, but are not limited to:

    a. Past and future pain and suffering; and

    b. Past and future medical bills; and

  c. Past and future; and

  d. Loss of the ability to function as a whole person.

12. As a further direct and proximate result of the defendants' negligence, Mary Pickens was deprived of the services and consortium of her husband for an indefinite time period.

WHEREFORE, the plaintiffs demand:

1. Trial by jury.

2. The costs of this action.

3. Full compensation for the injuries sustained.

4. Any and all just and proper relief in the premises.

          Respectfully submitted:

          SWEENEY · JULIAN

          Franklin D. Julian, #21686-71
          Attorney for Plaintiffs
          1620 South Bend Avenue
          South Bend, IN 46617
          (574) 247-1234