FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

14 FEB 18 PM 1: 19

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| RICHARD PICKENS and ) | |
| MARY PICKENS, ) | 3:14CV 318 RL |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO: 3:14-cv-_____ |
| v. ) | |
| ) | |
| WAL-MART STORES #2680 ) | |
| WAL-MART SUPERCENTER, ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR REMOVAL

COMES NOW Defendant, Wal-Mart Stores #2680/Wal-Mart Supercenter, by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On January 24, 2014, an action was commenced against the Defendant in the St. Joseph Circuit Court of the State of Indiana, entitled *Richard Pickens and Mary Pickens v. Wal-Mart Store #2680/Wal-Mart Supercenter*, Cause No: 71C01-1401-CT-00015 by the filing of a Complaint with said Court. Copies of the Complaint and Summons which were received by the Defendant on or after January 29, 2014 are attached hereto as Exhibits "A" and "B", respectively.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and is one which may be removed to this Court by the defendant, pursuant to the provisions of 28 U.S.C. §1441 in that jurisdiction of this action exists in this Court by reason of diversity of citizenship. More specifically, the Plaintiffs are residents and citizens of the State of Michigan and the Defendant, Wal-Mart Stores

1166194

#2680/Wal-Mart Supercenter, is a corporation incorporated in the State of Delaware and its principal place of business is located in the State of Arkansas.

3. The Defendant has filed a Notice of Filing Petition for Removal contemporaneously herewith in the St. Joseph Circuit Court.

4. The amount is dispute in controversy in this case exceeds $75,000. Defendant has received a settlement demand from counsel for the Plaintiffs far exceeding the $75,000 threshold and indicating that medical bills for care and treatment of injuries which Plaintiffs allege resulted from the accident at Defendant's store also far exceeds $75,000.

WHEREFORE, Defendant, prays that the action above now pending against it in the St. Joseph Circuit Court be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

Respectfully submitted:

BARRETT & McNAGNY LLP

By _____
Robert T. Keen, Jr., #5475-02
215 East Berry Street
Fort Wayne, IN 46802
(260) 423-9551
FAX: (260) 423-8920
rtk@barrettlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this \_\_\_\_ day of February, 2014, deposited a copy of the foregoing in the Courthouse/U.S. Mail, postage prepaid, properly addressed to:

Franklin D. Julian, Esq.
SWEENEY • JULIAN
1620 South Bend Avenue
South Bend, IN 46617

_____
Robert T. Keen, Jr.

| | |
|---|---|
| STATE OF INDIANA )<br>)SS:<br>ST. JOSEPH COUNTY ) | ST. JOSEPH CIRCUIT/SUPERIOR COURT<br>CAUSE NO. 71C01-1401-CT-000015 |

RICHARD PICKENS )
MARY PICKENS )
C/O SWEENEY JULIAN )
1620 South Bend Avenue )
South Bend, IN 46617 )
)
        Plaintiff, )
)
v. )
)
WAL-MART STORE # 2680 )
Attn: Manager )
3701 Portage Road )
South Bend, IN 46628 )
)
WAL-MART SUPERCENTER )
c/o CT Corporation System )
150 W. Market St., Ste. 800 )
Indianapolis, IN 46204 )
)
        Defendants. )

## COMPLAINT AND JURY DEMAND

Plaintiffs, Richard Pickens and Mary Pickens, by counsel, and for their Complaint against the defendants, state as follows:

1. At all times relevant hereto, the plaintiffs were husband and wife and residents of St. Joseph County, Indiana.

2. The defendant, Wal-Mart Supercenter, owned and operated a store in St. Joseph County located at 3701 Portage Road, South Bend, Indiana.


EXHIBIT A

4. Wal-Mart is registered to do business in the state of Indiana and its registered agent, for purposes of service of process is CT Corporation System, 150 W. Market Street, Ste. 800, Indianapolis, Indiana 46204.

5. On May 22, 2012, Richard and Mary Pickens were invitees of the Wal-Mart store located at 3701 Portage Road, South Bend, Indiana.

6. At said time and place, there were two skids of pools in the aisle. One was full and the second one was half full.

7. As Richard Pickens walked down the aisle, one of the skids was sticking out and he tripped on it causing his to fall to the ground.

8. Defendant Wal-Mart owed plaintiff and other invitees a duty to maintain the premises in a reasonably safe condition so that invitees could safely walk down the aisles.

9. The defendant negligently and/or recklessly failed to take any action to remove the skids and/or warn invitees about the skid that was sticking out into the walkway.

10. The plaintiff's fall occurred as a direct and proximate result of the carelessness of the defendants.

11. As a direct and proximate result of the negligence of defendants, Richard Pickens has sustained and in the future will continue to sustain, damages which include, but are not limited to:

    a. Past and future pain and suffering; and

    b. Past and future medical bills; and

  c. Past and future; and

  d. Loss of the ability to function as a whole person.

12. As a further direct and proximate result of the defendants' negligence, Mary Pickens was deprived of the services and consortium of her husband for an indefinite time period.

WHEREFORE, the plaintiffs demand:

1. Trial by jury.

2. The costs of this action.

3. Full compensation for the injuries sustained.

4. Any and all just and proper relief in the premises.

         Respectfully submitted:

         SWEENEY - JULIAN

         _____
         Franklin D. Julian, #21686-71
         Attorney for Plaintiffs
         1620 South Bend Avenue
         South Bend, IN 46617
         (574) 247-1234

## SUMMONS

| | |
|---|---|
| **STATE OF INDIANA** ) <br> ) SS: <br> **ST. JOSEPH COUNTY** ) | **ST. JOSEPH CIRCUIT/~~SUPERIOR~~ COURT** <br> CAUSE NO. 71C01-1401-CT 00015 |

**Plaintiff – Names and Addresses**

**RICHARD PICKENS and MARY PICKENS**
c/o SWEENEY•JULIAN
1620 South Bend Avenue
South Bend, IN 46617

v.

**Defendants – Names and Addresses**

**WAL-MART SUPERCENTER**
c/o CT Corporation System
150 W Market Street, Suite 800
Indianapolis, IN 46204

ST. JOSEPH COUNTY CLERK   JAN 24 P 3:36   CIRCUIT COURT

**TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint, in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons. (You have twenty-three (23) days to answer if this summons was received by mail) or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

**CLERK'S ISSUANCE**

DATE ___JAN 24 2014___, 2014.        BY _____ (Clerk) / (Deputy)

The following manner of service is hereby designated: [ ] Registered Mail    [✓] Certified Mail, Return Receipt Requested

[ ] By Sheriff as provided by law.    [XX] Other, as follows: Attorney to serve

---

If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

**ATTORNEY FOR PLAINTIFF**

Franklin D. Julian (#21686-71) and Andrew B. Jones (#29686-71), SWEENEY•JULIAN, 1620 South Bend Avenue, South Bend, IN 46617 (574) 247-1234.

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto was received by me at _____ this _____ day of _____, 2014.

_____
(Signature of Defendant)



EXHIBIT "B"

## RETURN OF SUMMONS
### CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____, 2014, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____

By (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____ At the address(es) furnished by the plaintiff.

DATED: _____, 2014

_____ (Clerk)

BY _____ (Deputy)

### RETURN OF SERVICE OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2014, and that a copy of the return receipt was received on the _____ day of _____, 2014, which copy is attached herewith.

DATED: _____, 2014

_____ (Clerk)

BY _____ (Deputy)

### CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____, 2014, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____

By (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2014, and I did deliver said summons and copy of complaint to the Sheriff of St. Joseph County, Indiana.

DATED: _____, 2014

_____ (Clerk)

_____ (Deputy)

### RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:
1. By delivering on the _____ day of _____, 2014, a copy of summons and a copy of the complaint to each of the following defendant(s): _____

2. By leaving on the _____ day of _____, 2014, for each of the within named defendant(s) _____

a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 2014. The within named _____ was not found within my bailiwick this _____ day of _____, 2014.

MILEAGE $ _____
FEES     $ _____
TOTAL    $ _____

By _____

 **CT Corporation**

**Service of Process Transmittal**
01/29/2014
CT Log Number 524299192

TO: Kim Lundy Service of Process
Wal-Mart Stores, Inc.
702 SW 8th Street, MS 0215
Bentonville, AR 72716-0215

RE: **Process Served in Indiana**

FOR: Wal-Mart Supercenter (Assumed Name) (Domestic State: DE)
Wal-Mart Stores, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Pickens Richard and Mary Pickens, Pltfs. vs. Wal-Mart Store #2680 and Wal-Mart Supercenter, Dfts. |
| DOCUMENT(S) SERVED: | Summons, Return, Complaint and Jury Demand |
| COURT/AGENCY: | St. Joseph County Circuit Court, IN<br>Case # 71C011401CT00015 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in safe condition - On May 22, 2012 - Plaintiff sustained serious injuries, suffered great pain and monetary loss at Wal-Mart store #2680 located at 3701 Portage Road, South Bend, Indiana when plaintiff walked down the aisle, one of the skids was sticking out and he tripped on it and fell at the ground |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Indianapolis, IN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 01/29/2014 postmarked on 01/27/2014 |
| JURISDICTION SERVED: | Indiana |
| APPEARANCE OR ANSWER DUE: | Within 23 days commencing day after receipt of summons |
| ATTORNEY(S) / SENDER(S): | Franklin D. Julian<br>Sweeney . Julian<br>1620 South Bend Avenue<br>South Bend, IN 46617<br>574-247-1234 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/29/2014, Expected Purge Date: 02/03/2014<br>Image SOP<br>Email Notification, Candiss Golaszweski-CT East CLS-VerificationEast@wolterskluwer.com<br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| SIGNED: | C T Corporation System |
| PER: | Amy McLaren |
| ADDRESS: | 150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204 |
| TELEPHONE: | 800-592-9023 |

Page 1 of 1 / MB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

