UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RICHARD PICKENS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO. 3:14-cv-318-CAN |
| WAL-MART STORES EAST, LP et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice, to Plaintiffs at Plaintiffs' costs.

SWEENEY • JULIAN • P.C.

By: _____
William A. Keller (Wash. #29361)
Franklin D. Julian #21686-71
1620 South Bend Avenue
South Bend, IN 46617
Tele: (574) 247-1234
Fax: (574) 271-1753
Email: Bill@TheVerdict.com
       Frank@TheVerdict.com

BARRETT McNAGNY LLP

By: _____
Robert T. Keen, Jr. (#5475-02)
215 E. Berry Street
P.O. Box 2263
Fort Wayne, IN 46802
Tele: 260-423-9551
Fax: 260-423-8920
Email: rtk@barrettlaw.com

1475238